UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                                                       **Case No:  6:13-cv-1628-Orl-36KRS**

**RENEE M. JONES,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on April 24, 2014 (Doc. 16).  In the Report and Recommendation, Magistrate Judge Spaulding recommends that Plaintiff United States of America's ("Plaintiff") Renewed Motion for Entry of Default Judgment ("Renewed Motion for Default Judgment") (Doc. 15) be granted in part and denied in part.  *See* Doc. 16.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

On November 22, 2013, default was entered against Defendant Renee M. Jones ("Defendant") pursuant to Federal Rule of Civil Procedure 55(a).  Doc. 10.  On February 25, 2014, Plaintiff filed its Renewed Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).  Doc. 15.  Defendant did not respond to Plaintiff's Renewed Motion for Default Judgment.  Upon review, the Court is in agreement with the Magistrate Judge's determinations as to Defendant's liability and as to the amount owed by Defendant to the U.S. Department of Education.  *See* Doc. 16 at 7–10.  The Court also agrees that, at this point, Plaintiff has failed to demonstrate its entitlement to attorneys' fees.  *See id*.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an

independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Renewed Motion for Default Judgment (Doc. 15) is **GRANTED in part and DENIED in part** as follows:

    a. Defendant is liable to Plaintiff for damages in the amount of $8,190.50 in unpaid principal, plus accrued prejudgment interest in an amount to be determined.

    b. Plaintiff's request for costs and attorneys' fees is **DENIED without prejudice**. Within **FOURTEEN (14) DAYS** from the date of this Order, Plaintiff may file a motion, memorandum of law, and evidence in support of its request for costs and attorneys' fees. Any such filing shall comply with the recommendations set forth in the Report and Recommendation.

3. After the Court's resolution of the costs and attorneys' fees issues, the Court will direct Plaintiff to submit a proposed judgment with the prejudgment interest calculated as of the date provided by the Court.

4. If Plaintiff decides not to file a motion requesting costs and attorneys' fees, Plaintiff shall submit a proposed judgment, on or before June 10, 2014, with the prejudgment interest calculated through June 11, 2014.

    **DONE** and **ORDERED** in Orlando, Florida on June 3, 2014.

                                                   Charlene Edwards Honeywell
                                                 United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding