**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No:   6:13-cv-1628-Orl-40KRS

RENEE M. JONES,

    Defendant.

## ORDER

This cause comes before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 25) on Plaintiff's Motion for Attorney's Fees (Doc. 18), filed on June 9, 2014 and Supplement to Plaintiff's Motion for Attorney's Fees (Doc. 24), filed on July 22, 2014.   The United States Magistrate Judge recommends that the Plaintiff's motion be granted.

After an independent *de novo* review of the record in this matter, and noting that neither party objects to the report and recommendation, the Court agrees with United States Magistrate Judge's findings of fact and conclusions of law in their entirety.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation filed July 30, 2014 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Attorney's Fees (Doc. 18) is **GRANTED**.

3. Defendant Renee M. Jones shall pay to Plaintiff $1,940.00 in attorney's fees and $40.00 in costs.

4. On or before September 1, 2014, Plaintiff is **DIRECTED** to submit in Word format to the Court's email address[1] a proposed judgment setting forth the total amount of pre-judgment interest computed as of the date of this Order.

5. Upon receipt of the proposed judgment, the Court will direct The Clerk of Court to issue a judgment in favor of Plaintiff and against Defendant in the amount of $8,190.50 in unpaid principal, pre-judgment interest, $1,940.00 in attorney's fees and $40.00 in costs.

**DONE AND ORDERED** in Orlando, Florida on August 22, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Chambers_FLMD_Byron@flmd.uscourts.gov